## Commonwealth v. Caruso, Appellant.

Submitted March 22, 1971. *David E. Auerbach,* Assistant Public Defender, for appellant; *O. Warren Higgins* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Clemmer, Appellant.

Argued March 18, 1971. *Jerome B. Nulty,* with him *Clemens & Nulty,* for appellant; *William Morrow,* Assistant District Attorney, with him *Stewart J. Greenleaf,* Assistant District Attorney, *William T. Nicholas,* Executive Assistant District Attorney, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Order affirmed.

HOFFMAN, J., absent.